

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Donald Dean Kreger Jr.,

Vs. No. 11-16-00257-CR

The State of Texas,

\* From the 39th District Court
of Haskell County,
Trial Court No. 6783.

\* November 22, 2017

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.